1
2
3
4
5
6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TRUJILLO, individually, and on behalf of other members of the general public similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act ("PAGA"),<br><br>Plaintiff,<br><br>vs.<br><br>THE CHEFS' WAREHOUSE WEST COAST, LLC, a Delaware limited liability company; THE CHEFS' WAREHOUSE, INC., a Delaware corporation; DEL MONTE CAPITOL MEAT COMPANY, LLC, a Delaware limited liability company; QZINA SPECIALITY FOODS, INC., a Washington corporation; and/or QZINA SPECIALTY FOODS (AMBASSADOR), INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:19-CV-08370-DSF-MAA<br><br>DISCOVERY MATTER<br><br>[Assigned to Hon. Dale S. Fischer and Hon. Maria A. Audero]<br><br>~~[PROPOSED]~~ **ORDER REGARDING A SCHEDULE FOR PHASE I DISCOVERY**<br><br>**AS REVISED BY THE COURT**<br><br>Complaint Filed:  July 22, 2019<br>Removal Date:  September 30, 2019<br>Trial Date:  October 12, 2021 |

# ORDER

The Court presided over a telephonic Informal Discovery Conference on May 22, 2020 in the above-captioned matter. Mark A. Ozzello, Esq. and Brooke W. Waldrop, Esq. of Capstone Law APC appeared on behalf of Plaintiff Richard Trujillo ("Plaintiff") and Julia Y. Trankiem, Esq. of Hunton Andrews Kurth LLP appeared on behalf of Defendants Chefs Warehouse, Inc. and Del Monte Capitol Meat Company, LLC ("Defendants")(together, "Parties"). Finding that **GOOD CAUSE** has been shown, the Court hereby **ORDERS** the following schedule for Phase I discovery regarding Plaintiff's single enterprise liability and joint employer theories:

1. On May 27, 2020, Plaintiff will send a letter regarding the existing pending discovery that Plaintiff considers applicable to Phase I, identify all deponents Plaintiff intends to depose for Phase I, and also serve additional Phase I discovery. The letter shall be sent and the additional discovery shall be served such that they are received by Defendants no later than close of business May 27, 2020.

2. On May 29, 2020, the Parties will meet and confer regarding Plaintiff's Phase I letter, the currently outstanding discovery which Plaintiff believes applies to Phase I discovery, the deponents identified by Plaintiff, and the newly propounded Phase I discovery.

3. If the Parties are unable to reach an agreement regarding Phase I discovery, the Parties will attend a telephonic Further Informal Discovery Conference on June 12, 2020 at 1:00 p.m. At that time, Magistrate Judge Audero will decide the discovery dispute and issue an order regarding the conduct of Phase I discovery. If the Parties are able to reach an agreement regarding Phase I discovery, they shall notify the Court immediately so that the June 12, 2020 conference date may be vacated.

4. On June 26, 2020, Defendants will serve written substantive responses and

produce all non-privileged responsive documents and a privilege log to all written discovery as agreed upon by the Parties or as ordered by Magistrate Judge Audero.

5. On or by July 31, 2020, all Phase I depositions will be completed.
6. On or by August 28, 2020, if the Parties require a hearing to resolve any further Phase I discovery issues, the Parties will file a Joint Stipulation pursuant to L.R. 37-2 without any supplemental briefing.
7. If the Parties file the above Joint Stipulation, then on September 11, 2020, at 10:00 a.m., Magistrate Judge Audero will hold a hearing to resolve the Parties' remaining issues regarding Phase I discovery.

**IT IS SO ORDERED.**

Date: 05/27/20

_____
Hon. Maria A. Audero
United States Magistrate Judge