# EXHIBIT A

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

RICHARD TRUJILLO, individually, )
and on behalf of other members )
of the general public similarly )
situated, and as an aggrieved )
employee pursuant to the Private )
Attorneys General (PAGA), )
                                 )
          Plaintiffs,            )
                                 )
     vs.                         ) Case No. 2:19-cv-
                                 )  08370 DSF (MAAx)
THE CHEFS' WAREHOUSE WEST        )
COAST, LLC, a Delaware limited   )
liability company; THE CHEFS'    )
WAREHOUSE, INC., a Delaware      )
corporation; DEL MONTE CAPITOL   )
MEAT COMPANY, LLC, a Delaware    )
limited liability company; QZINA )
SPECIALTY FOODS, INC., a         )
Washington Corporation; and/or   )
QZINA SPECIALTY FOODS            )
(AMBASSADOR), INC., a California )
corporation; and DOES 1          )
through  10, Inclusive,          )
                                 )
          Defendants.            )
_____)


VIDEOTAPED DEPOSITION OF RICHARD TRUJILLO

LOS ANGELES, CALIFORNIA

MONDAY, FEBRUARY 10, 2020

10:02 A.M.


FILE NO. 49761
REPORTED BY LEESA DURRANT, CSR NO. 11899, RPR

```
 1              MR. OZZELLO:  Vague as to time.
 2   BY MS. BEILKE:
 3       Q    You testified that Jesus Huerta would interrupt
 4   you during your break when you were an item picker and a
 5   shipper; correct?
 6       A    Yes.
 7       Q    Did anyone else besides Jesus Huerta interrupt
 8   you on your 30-minute meal break while you were an item
 9   picker or shipper?
10       A    Yes.
11       Q    Who else?
12       A    Dennis Carrillo.
13       Q    And when did Dennis interrupt you while you
14   were on your 30-minute meal break?
15       A    The same amount as Jesus, two or three times a
16   week.  Not individually, but combined, it was about two
17   or three times a week.
18       Q    So other than saying you were interrupted two
19   to three times a week, you can't be any more specific
20   than that?
21       A    No, I don't have -- I don't have any sure
22   dates.
23       Q    Did Dennis interrupt you when you were a
24   forklift driver?
25       A    No.
```

```
 1    Q   Did you ever tell Jesus Huerta that you're on
 2  your break and you can't get to it until you finish?
 3    A   Yes.
 4    Q   And on how many occasions did you say that?
 5    A   I would say about one or twice a week
 6  depending -- you know, depending on what he needed.
 7    Q   No, I don't know.  So that's why I'm asking
 8  you.
 9    A   Well, one or twice a week.
10    Q   So Jesus would come in to the break room and
11  say, "Oh, you have to help a customer," and you would
12  say, "I'm on my break."  And what would Jesus say in
13  response to that?
14    A   It depends.  Sometimes he would let me finish
15  my break and other times he would tell me, "Go help the
16  customer.  That they're really important."
17    Q   Do you recall the times when Jesus Huerta told
18  you it was okay, go ahead and finish your break?
19    A   No.
20    Q   Was that -- you said that you would tell him
21  that once or twice a week.  So can you be any more
22  specific as to the amount of times he told you it was
23  fine, go ahead and finish your break?
24    A   No, I can't remember.
25    Q   Is there any document you can review that might
```

```
 1   refresh your memory?
 2      A    No.
 3      Q    Did you ever tell Dennis that you were on your
 4   break and that you wanted to finish it?
 5      A    Yes.
 6      Q    What did he say?
 7      A    Depends.  Same thing with Jesus Huerta.  He
 8   would make me go help out the customer, and he wouldn't
 9   say anything afterwards, after I was done.
10      Q    Did he ever tell you to go ahead and finish
11   your break and then help the customer?
12      A    Yes.
13      Q    Do you remember on how many occasions he did
14   that?
15      A    Maybe like once -- once a week maybe.
16      Q    And is there anything you can review that would
17   refresh your memory as to any more specificity other
18   than about once a week he would tell you to go ahead and
19   finish your break?
20      A    No.
21      Q    When Jesus and Dennis told you to go ahead and
22   finish your break, did you do that?
23      A    Yes.
24      Q    Did anyone at Chefs' Warehouse West Coast ever
25   preclude you from taking your ten-minute rest break?
```

```
 1      A      Yes.
 2      Q      And who?
 3      A      Jesus Huerta.
 4      Q      When was that?
 5      A      About two or three times a week as well.
 6      Q      And what would be the circumstances where you
 7   were precluded from taking your ten-minute rest break by
 8   Jesus Huerta?
 9      A      I'm sorry.  Can you say that again, please.
10      Q      Yeah.  What were the circumstances?  What would
11   happen that you were precluded from taking your
12   ten-minute rest break by Jesus?
13      A      I would tell him that I needed to finish my
14   break and he would say, like I said earlier, that the
15   customer is really important, to help him out.
16      Q      So were the circumstances the same for your
17   rest break as your meal break, which is that you needed
18   to help a customer?
19      A      Yes.
20      Q      So there wasn't -- so were you ever precluded
21   from taking your ten-minute rest break when you were a
22   forklift driver?
23      A      No.
24      Q      And other than Jesus Huerta, did anyone else at
25   Chefs' Warehouse West Coast preclude you from taking
```

```
 1   your ten-minute rest break?
 2   A    Yes.
 3   Q    And who was that?
 4   A    Dennis Carrillo.
 5   Q    When would Dennis prevent you from taking your
 6   ten-minute rest break?
 7   A    Approximately once a week.
 8   Q    What were the circumstances where Dennis
 9   prevented you from taking your ten-minute rest break?
10   A    "That the customers were really important," as
11   well, that -- usually, if it was like my rest breaks and
12   let's say a customer comes in and they don't have an
13   order that's been picked, "to go pick it -- go pick it
14   for the customer."
15   Q    Okay.  Did you ever tell Dennis that you're on
16   your break and you'll get to it when you're done?
17   A    Yes.
18   Q    What did he say?
19   A    Just to "get to -- get to picking the order
20   first."
21   Q    Then did you go back to finish your break?
22   A    Sometimes I would, sometimes I wouldn't just
23   because, you know, your body is just -- you know, when
24   you're sitting down and you're trying to relax and you
25   get back up and start working, it's really hard to go
```

```
 1   back to that stage, you know.
 2       Q    Okay.  So I don't know so I just need you to
 3   explain that to me.
 4            MR. OZZELLO:  He just did.
 5            THE WITNESS:  Yeah.
 6            MS. BEILKE:  You make objections.  You don't
 7   answer questions for him.  Please.
 8            MR. OZZELLO:  Asked and answered.
 9   BY MS. BEILKE:
10       Q    Explain to me.  I just asked you a question.
11   Can you please explain that to me.  I don't understand
12   what that means.
13            MR. OZZELLO:  Asked and answered.
14            THE WITNESS:  So when you're working and you go
15   sit down and take a break, and your body goes to that
16   stage where you're trying to relax, you know, sit down,
17   not be interrupted, and once you're back off to working
18   again, it's really hard to go back to that stage.
19   BY MS. BEILKE:
20       Q    Why is it hard?
21       A    It's just the way the body works.
22       Q    Your body?
23       A    Any body.  I don't think I'm the only one.
24       Q    Okay.  Can you tell me on which occasions you
25   told Dennis that you were on your break and he said,
```

```
 1   "That's fine, go ahead and finish your break"?
 2        A    I don't remember.
 3        Q    And did Dennis ever preclude you from going
 4   back to finish your break?
 5        A    Yes.
 6        Q    On what occasions?
 7        A    Well, once I was doing the orders, he was
 8   giving me more stuff to do, and so I just went ahead and
 9   do them.
10        Q    Okay.  So can you tell me how often that
11   happened or when that happened?
12        A    Approximately about once -- once a week.
13        Q    So every time?
14        A    Like I said, once a week or sometimes when
15   Jesus would tell me to go do stuff on my break, that's
16   when he would give me the orders as well, the extra
17   ones.
18        Q    That's when who would give you the orders?
19        A    Dennis.
20        Q    So I'm talking about when Dennis interrupted
21   you from your breaks.
22        A    Yes.
23        Q    Was there ever a time when he precluded you and
24   said, "You cannot go back and finish your break"?
25        A    Yes.
```

```
 1     Q    Okay.  How often did that happen?
 2     A    Like I said, maybe once a week.  From the time
 3   that he would tell me to go finish an order or do
 4   something.  Sometimes he would tell me -- like I said,
 5   like that one time out of the week, sometimes he would
 6   tell me to not do it so I could get other orders ready,
 7   and sometimes he would tell me to go take my break.
 8     Q    And other than -- other than saying sometimes
 9   he would and sometimes he wouldn't, can you be any more
10   specific?
11     A    No.
12     Q    Is there anything you can review that might
13   refresh your memory?
14     A    No.
15     Q    Did you take any notes of any of these
16   occurrences where you were interrupted with your break
17   and precluded from going back to your break after you
18   finished helping the customer?
19     A    No.
20     Q    Other than Jesus Huerta and Dennis, did anyone
21   else at Chefs' Warehouse preclude you from taking your
22   ten-minute rest break?
23     A    No.
24     Q    And did you ever complain to anyone at Chefs'
25   Warehouse that you were being precluded from taking your
```

```
 1    Q    When you say "let the manager know," who would
 2  you let know?
 3    A    Whoever is there, Dennis or Jesus.
 4    Q    Did you have any other manager besides Dennis
 5  or Jesus?
 6    A    No.
 7    Q    Did you work at any other location for Chefs'
 8  Warehouse West Coast other than City of Industry?
 9    A    No.
10    Q    Did you ever talk to any of the other employees
11  that worked in the other locations for Chefs' Warehouse
12  in California?
13    A    No.
14    Q    So on the days that you tried to clock in and
15  there was a glitch, you would let your manager know that
16  the time clock wasn't working; is that right?
17    A    Yes.
18    Q    And would you tell your manager what time you
19  arrived at work?
20    A    Can you say that again, please?
21    Q    When you told your manager that the time clock
22  wasn't working, would you tell them the time that you
23  arrived at work?
24    A    Yes.
25    Q    And do you know if that time was inputted into
```

```
 1      Q    Did you ever hold the position at Chefs'
 2   Warehouse of lead receiver?
 3      A    No.
 4      Q    Did you ever hold the position at Chefs'
 5   Warehouse of maintenance technician?
 6      A    No.
 7      Q    Did you ever hold the position at Chefs'
 8   Warehouse of night warehouse lead?
 9      A    No.
10      Q    Did you ever work the night shift?
11      A    No.
12      Q    Did you ever hold the position of night
13   warehouse supervisor?
14      A    No.
15      Q    Did you ever hold the position of night
16   warehouse team leader?
17      A    No.
18      Q    And you did ever hold the position of night
19   warehouse worker?
20      A    No.
21      Q    Did you ever hold the position at Chefs'
22   Warehouse of product packaging?
23      A    No.
24      Q    Did you ever hold the position of production
25   cutter?
```

```
 1   2-8 Overtime, consistent with your understanding of the
 2   company's policy when you were employed at Chefs'
 3   Warehouse?
 4        A    Yes.
 5        Q    Was there any overtime that you worked at
 6   Chefs' Warehouse that you did not get paid for?
 7        A    Yes.
 8        Q    What was that?
 9        A    When I was already clocked out, about to leave,
10   I would have to -- let's say a customer comes in and no
11   one is there, so I would have to go back and give them
12   their items and do the whole process of checking their
13   items that they got and give them the invoice, sign it,
14   put it back, put the signed invoice where it belongs.
15             Or also when FedEx or UPS boxes weren't picked
16   up before 4:30, to see if they're going to show up and
17   if they do, hand them the packages because that's one
18   issue that they had.
19             And also take pictures of -- let's say if it
20   was already -- already later than that, take pictures
21   and let -- send a text to Dennis saying that these
22   packages are still here.
23        Q    So let me break this down.  You said there were
24   occasions where you already clocked out and you were
25   about to leave, and a customer would come in; is that
```

```
 1   STATE OF CALIFORNIA        )
                                ) SS.
 2   COUNTY OF LOS ANGELES

 3

 4          I, LEESA DURRANT, C.S.R. NO. 11899, RPR, in and
 5   for the State of California, do hereby certify:
 6          That prior to being examined, the witness named
 7   in the foregoing deposition was by me duly sworn to
 8   testify to the truth, the whole truth, and nothing but
 9   the truth;
10          That said deposition was taken down by me in
11   shorthand at the time and place therein named and
12   thereafter transcribed under my direction, and the same
13   is a true, correct, and complete transcript of said
14   proceedings;
15          That if the foregoing pertains to the original
16   transcript of a deposition in a Federal Case, before
17   completion of the proceedings, review of the transcript
18   (  ) was (  ) was not required.
19          I further certify that I am not interested in the
20   event of the action.
21          Witness my hand this 25th day of February, 2020.
22                         [signature: Leesa Durrant]
23                  LEESA DURRANT, C.S.R. NO. 11899, RPR
24
25
```