Mark A. Ozzello (SBN 116595)
Mark.Ozzello@capstonelawyers.com
Brandon Brouillette (SBN 273156)
Brandon.Brouillette@capstonelawyers.com
Joseph Hakakian (SBN 323011)
Joseph.Hakakian@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:  (310) 556-4811
Facsimile:  (310) 943-0396

Attorneys for Plaintiff Richard Trujillo

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TRUJILLO, individually, and on behalf of other members of the general public similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act (PAGA),<br><br>Plaintiff,<br><br>vs.<br><br>THE CHEFS' WAREHOUSE WEST COAST, LLC, a Delaware limited liability company; THE CHEFS' WAREHOUSE, INC., a Delaware corporation DEL MONTE CAPITOL MEAT COMPANY, LLC, a Delaware limited liability company; QZINA SPECIALTY FOODS, INC., a Washington corporation; and/or QZINA SPECIALTY FOODS (AMBASSADOR), INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-08370 DSF (MAAx)<br><br>Hon. Dale S. Fischer<br>Hon. Maria A. Audero<br><br>**DECLARATION OF MARK A. OZZELLO IN SUPPORT OF MOTION FOR ATTORNEYS' FEES PURSUANT TO FED. R. CIV. P. 37(a)(5) AGAINST DEFENDANT THE CHEFS' WAREHOUSE WEST COAST, LLC**<br><br>Date:  TBD<br>Time:  10:00 a.m.<br>Place:  Courtroom 690<br>Judge:  Maria A. Audero<br><br>Discovery Cut-Off:  April 15, 2021<br>Pretrial Conference: September 13, 2021<br>Trial:  October 12, 2021 |

## DECLARATION OF MARK A. OZZELLO

I, Mark A. Ozzello, hereby declare as follows:

1. I am an attorney licensed to practice before all courts of the State of California and the United States District Court, Central District of California. I am Senior Counsel at Capstone Law APC ("Capstone" or "Plaintiff's Counsel"), counsel for Plaintiff Richard Trujillo ("Plaintiff") in the above-captioned action. Unless indicated otherwise, I have personal knowledge of the following facts and if called as a witness, I could and would testify competently to them. I make this declaration in support of Plaintiff's Motion for Attorneys' Fees Pursuant to Fed. R. Civ. P. 37(A)(5) Against Defendant The Chefs' Warehouse West Coast, LLC.

### **RELEVANT PROCEDURAL HISTORY**

2. On July 22, 2019, Plaintiff filed this hybrid class and PAGA representative action in Los Angeles County Superior Court on behalf of a putative class of all non-exempt hourly employees of Defendant The Chefs' Warehouse West Coast, LLC ("CWWC" or "Defendant") in California (excluding Drivers and Driver Trainers) and, as to the PAGA representative claims, on behalf of the State of California and all other aggrieved employees who worked as non-exempt hourly employees for Defendant in California (excluding Drivers and Driver Trainers). On September 27, 2019, CWWC removed this case to this Court.

3. On December 5, 2019, Plaintiff propounded discovery to CWWC in the form of Requests for Production of Documents, Set One, and Interrogatories, Set One.

4. On January 23, 2020, CWWC responded to Plaintiff's Requests.

5. On March 6, 2020, Plaintiff sent a meet and confer letter to CWWC regarding its deficient discovery responses and requested CWWC to supplement its responses.

6. On March 24, 2020, CWWC responded to Plaintiff's March 6, 2020 meet and confer letter and stated that it would not supplement its responses, including the providing of even the most basic information such as class contact information. In fact,

Page 1

DECLARATION OF MARK A. OZZELLO IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES PURSUANT TO FED. R. CIV. P. 37(a)(5) AGAINST DEFENDANT THE CHEFS' WAREHOUSE WEST COAST, LLC

CWWC went one step further, and on two occasions threatened counsel for Plaintiff with Rule 11 sanctions.

7. Thereafter, Plaintiff was required to engage in extensive meet and confer efforts, via written correspondence, telephonic conferences, and, as this Court is aware, Informal Discovery Conferences ("IDC"). Even after guidance from this Court, CWWC continued to maintain its unsupported position regarding even the most basic of discovery items such as class contact information, time-keeping and payroll documentation. And, despite requests from this Court to do so, CWWC repeatedly refused to supplement *any* of the responses that were discussed at the IDC.

8. As such, Plaintiff was required to file a Motion to Compel Further Responses. That extensive Motion was filed on September 15, 2020.[1]

9. On October 19, 2020, the honorable Maria A. Audero granted Plaintiff's Motion to Compel.

10. Continuing to maintain its unreasonable position, and in obvious attempts to delay the prosecution of this action, on November 11, 2020, CWWC filed its Notice of Motion and Motion for Review of Magistrate's Order.

11. The Motion was filed, in what ultimately was determined to be an unsuccessful effort, to overturn the honorable Maria A. Audero's October 19, 2020 60-plus page Order granting Plaintiff's Motion to Compel in its entirety.

12. On November 24, 2020, the Honorable Dale S. Fischer denied CWWC's Motion for Review of Magistrate's Order-in its entirety.

**BILL FOR ATTORNEYS' FEES**

13. Capstone's bill for attorneys' fees under Fed. R. Civ. P. 37(A)(5) is attached as Exhibit A. The bill for attorneys' fees is summarized in the chart below:

---

[1] During this time, and excluded from the computations below, Plaintiff's counsel was required to defend themselves from repeated threats of CWWC filing a Rule 11 Motion-such threats based upon discovery information that was ultimately deemed by this Court to be completely appropriate.

Page 2

DECLARATION OF MARK A. OZZELLO IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES PURSUANT TO FED. R. CIV. P. 37(a)(5) AGAINST DEFENDANT THE CHEFS' WAREHOUSE WEST COAST, LLC

| Attorney | Title | CA Bar Yr. | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Mark Ozzello | Senior Counsel | 1984 | $775 | 18.7 | $14,492.50 |
| Brandon Brouillette | Associate | 2010 | $485 | 35.1 | $17,023.50 |
| Brooke Waldrop | Fmr. Associate | 2017 | $295 | 15.4 | $4,543.00 |
| **Total** | | | | **69.2** | **$36,059.00** |

14.     The bill reflects time spent for specific tasks such as drafting the original Motion to Compel and the Reply before Judge Audero; and drafting the Opposition to Defendant's Motion to review the Magistrate's Order. Time entries that were incurred for the numerous meet and confer efforts of my firm, prior to the actual IDC and Motions, were not included.

15.     Capstone's rates have been repeatedly approved by courts in this district. *See, e.g.*, *Wylie v. Hyundai Motor America*, No. 8:16-cv-02102-DOC-JCG (C.D. Cal. March 2, 2020) (approving Capstone's rates for Associates ($295 to $445) and Senior Counsel/Partners ($545 to $775)); *Vargas v. Ford Motor Co.*, No. CV12-08388 AB (FFMx) (C.D. Cal. March 5, 2020) (approving Capstone's rates for Associates ($245 to $445) and Senior Counsel/Partners ($495 to $775)); *Klee v. Nissan N. Am., Inc.*, No. 12-08238-AWT, 2015 WL 4538426, at *1 (C.D. Cal. July 7, 2015) (approving rates of $370 to $695 for same attorneys at Capstone as here in an automotive defect case).

16.     While adjusting our rates to track market increases, Capstone's rates have steadily remained reasonable and competitive, and have been consistently approved by many federal and state courts over the past several years. *See, e.g., Martinez v. Stumps Market, Inc.*, No. 37-2018-00035669-CU-OE-CTL (San Diego County Superior Court Dec. 18, 2020) (approving Capstone's rates for Associates ($295 to $485) and Senior Counsel/Partners ($485 to $775)); *Pride v. Pride Industries*, No. STK-UOE-2017-7110 (San Joaquin County Superior Court Dec. 14, 2020) (approving Capstone's rates for Associates ($295 to $485) and Senior Counsel/Partners ($545 to $775)); *MV Transportation Wage and Hour Cases*, No. JCCP No. 4993 (San Joaquin County Superior Court Oct. 20, 2020) (approving Capstone's rates for Associates ($485 to $505) and Senior Counsel/Partners ($545 to $775)); *Hayes v. Rent-A-Center West, Inc.*, No.

37-2018-00043861 (San Diego County Superior Court Aug. 28, 2020) (approving Capstone's rates for Associates ($265 to $485) and Senior Counsel/Partners ($545 to $775)); *Vega v. JPMorgan Chase Bank, N.A.*, No. BC698750 (Los Angeles County Superior Court Aug. 20, 2020) (approving Capstone's rates for Associates ($265 to $505) and Senior Counsel/Partners ($545 to $775)); *Wertz v. Dawn Food Products, Inc.*, No. CIV DS1811446 (San Bernardino County Superior Court June 29, 2020) (approving Capstone's rates for Associates ($295 to $505) and Senior Counsel/Partners ($545 to $775)); *Reyes v. Verifi, Inc.*, No. BC707889 (Los Angeles County Superior Court March 16, 2020) (approving Capstone's rates for Associates ($345 to $485) and Senior Counsel/Partners ($545 to $775)); *Campbell v. AEG Management Oakland, LLC*, No. RG17859830 (Alameda County Superior Court Feb. 7, 2020) (approving Capstone's rates for Associates ($345 to $485) and Senior Counsel/Partners ($545 to $775)); *Scoggins v. Crossmark, Inc.*, No. 56-2017-00492936-CU-OE-VTA (Ventura County Superior Court) (approving Capstone's rates for Associates ($435) and Senior Counsel/Partners ($495 to $725)); *Brown v. Harris v. Mr. C Manager LLC*, No. CIV DS1721484 (San Bernardino County Superior Court Aug. 21, 2019) (approving Capstone's rates for Associates ($295 to $434) and Senior Counsel/Partners ($495 to $725)); *Black v. T-Mobile USA, Inc.*, No. 4:17-cv-04151-HSG (N.D. Cal. July 24, 2019) (approving Capstone's rates for Associates ($295 to $435) and Senior Counsel/Partners ($495 to $725)); *Rodas v. Petroleum Sales, Inc.*, No. CIV1703590 (Marin County Superior Court July 19, 2019) (approving Capstone's rates for Associates ($395 to $435) and Senior Counsel/Partners ($495 to $725)); *Aguilar v. Marriott Int'l., Inc.*, No. BC513197 (Los Angeles County Superior Court Apr. 9, 2019) (approving Capstone's rates for Associates ($295 to $435) and Senior Counsel/Partners ($495 to $725)); *Garrido v. J. C. Penney Corporation, Inc.*, No. 5:18-cv-02051-JVS-SP (C.D. Cal. Jan. 25, 2019) (approving Capstone's rates for Associates ($435 to $455) and Senior Counsel/Partners ($495 to $725)); *Boseman v. VXI Global Solutions, LLC*, No. BC602442 (Los Angeles County Superior Court Jan. 3, 2019) (approving Capstone's

Page 4

DECLARATION OF MARK A. OZZELLO IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES PURSUANT TO FED. R. CIV. P. 37(a)(5) AGAINST DEFENDANT THE CHEFS' WAREHOUSE WEST COAST, LLC

rates for Associates ($295 to $435) and Senior Counsel/Partners ($495 to $725)); *Mansilla v. XPO Logistics Worldwide, Inc.*, No. RG17865271 (Alameda County Superior Court Nov. 16, 2018) (approving Capstone's rates for Associates ($295 to $435) and Senior Counsel/Partners ($495 to $725)); *Carbajal v. Tom's Famous Family Restaurants*, No. CIVDS1601821 (San Bernardino County Superior Court July 31, 2018) (approving Capstone's rates for Associates ($295 to $395) and Senior Counsel/Partners ($495 to $725)); *Williams v. Marshalls of CA, LLC*, No. BC503806 (Los Angeles County Superior Court Feb. 15, 2018) (approving Capstone's rates for Associates and Senior Counsel/Partners ($570 to $725)); *Grove v. Halston Operating Co.*, No. 37-2016-00029271-CU-OE-CTL (San Diego County Superior Court Feb. 9, 2018) (approving Capstone's rates for Associates and Senior Counsel/Partners ($470 to $725)); *Lopez v. Kmart Corp.*, No. CIVMSC15-00134 (Contra Costa County Superior Court Nov. 29, 2017) (approving Capstone's rates for Associates ($395 to $470) and Senior Counsel/Partners ($595 to $725)); *Chambless v. Islands Restaurants, L.P.*, No. BC458426 (Los Angeles County Superior Court Aug. 22, 2017) (approving Capstone's rates for Associates ($245 to $470) and Senior Counsel/Partners ($595 to $725)); *Linares v. Ann Inc.*, No. BC605635 (Los Angeles County Superior Court Aug. 22, 2017) (approving Capstone's rates for Associates ($245 to $470) and Senior Counsel/Partners ($570 to $725)); *Grillo v. Key Energy Services, LLC*, No. 2:14-cv-00881-AB-AGR (C.D. Cal. Oct. 13, 2017) (approving Capstone's rates for Associates ($245 to $470) and Senior Counsel/Partners ($595 to $725)); *Carter v. GMRI, Inc.*, No. RIC1506085 (Riverside County Superior Court Jan. 10, 2017) (approving Capstone's rates for Associates ($345 to $470) and Senior Counsel/Partners ($570 to $695)); *Rodriguez v. Swissport North America, Inc.*, No. BC441173 (Los Angeles County Superior Court April 17, 2017) (approving Capstone's rates for Associates ($370 to $470) and Senior Counsel/Partners ($520 to $695)); *Emmons v. Quest Diagnostics Clinical Laboratories, Inc.*, No. 1:13-cv-00474-DAD-BAM (E.D. Cal. Feb. 27, 2017) (approving Capstone's rates for Associates ($370 to $495) and Senior Counsel/Partners ($545 to $695));

*Rickerd v. OneWest Resources LLC*, No. BC562538 (Los Angeles County Superior Court Jan. 19, 2017) (approving Capstone's rates for Associates ($245 to $470) and Senior Counsel/Partners ($595 to $695)); *Nunnally v. Dave & Busters, Inc.*, No. 8:16-cv-00855-DOC-KES (C.D. Cal. Jan. 9, 2017) (approving Capstone's rates for Associates ($395 to $495) and Senior Counsel/Partners ($545 to $695)); *Ford v. CEC Entertainment, Inc.*, No. 3:14-cv-01420-RS (N.D. Cal. Nov. 18, 2016) (approving Capstone's rates for Associates ($420 to $470) and Senior Counsel/Partners ($545 to $695)); *Lutin v. Lerner New York, Inc.*, No. BC498443 (L.A. County Super. Ct. Sept. 20, 2016) (approving Capstone's rates for Associates ($370-470) and Senior Counsel/Partners); *The Children's Place Retail Stores Wage & Hour Cases*, No. JCCP4790 (L.A. County Super. Ct. Sept. 1, 2016) (approving Capstone's rates for Associates ($245 to $470) and Senior Counsel/Partners ($520 to $695)); *Coffey v. Beverages & More, Inc.*, No. BC477269 (L.A. County Super. Ct. July 26, 2016) (L.A. County Super. Ct. Sept. 1, 2016) (approving Capstone's rates for Associates ($370 to $470) and Senior Counsel/Partners ($545 to $695)); *Guitar Center Stores Wage and Hour Cases*, No. JCCP 4818 (San Francisco Superior Court June 7, 2016) (approving Capstone's rates for Associates ($370 to $470) and Senior Counsel/Partners ($545 to $695)); *Berry v. Urban Outfitters Wholesale, Inc.*, No. Case 4:13-cv-02628-JSW (N.D. Cal. April 7, 2016) (approving Capstone's rates for Associates ($370 to $470) and Senior Counsel/Partners ($545 to $695).

17. Capstone's rates are comparable to those judicially approved for other plaintiff's firms, such as Baron & Budd (rates ranging from $775 for the requested partner to $390-$630 for non-partners), Wasserman Comden Casselman & Essensten (rates ranging from $670-750 for partners and $300-500 for associates), and Blood Hurst & Reardon ($510-695 for partners). *See Aarons v. BMW of North America*, No. 11-7667-PSG, 2014 U.S. Dist. LEXIS 118442, *40-41 (C.D. Cal. Apr. 29, 2014) (also approving rates of Strategic and Capstone). Other courts have approved hourly rates in this range for plaintiff's side law firms in the Southern California area. *See*, *e.g.*, *Kearney*

Page 6

DECLARATION OF MARK A. OZZELLO IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES PURSUANT TO FED. R. CIV. P. 37(a)(5) AGAINST DEFENDANT THE CHEFS' WAREHOUSE WEST COAST, LLC

*v. Hyundai Motor Am.*, 2013 U.S. Dist. LEXIS 91636, *24 (C.D. Cal. June 28, 2013) (approving hourly rates of $650-$800 for senior attorneys in consumer class action); *Parkinson v. Hyundai Motor America*, 796 F. Supp. 2d 1160, 1172 (C.D. Cal. 2010) (approving hourly rates between $445 and $675); *Faigman v. AT&T Mobility LLC*, 2011 U.S. Dist. LEXIS 15825, * 2 (N.D. Cal. Feb. 15, 2011) (approving hourly rates of $650 an hour for partner services and $500 an hour for associate attorney services); *Richard v. Ameri-Force Mgmt. Servs., Inc.*, No. 37-2008-00096019 (San Diego Super. Ct., Aug. 27, 2010) ($695 to $750 an hour for partners; $495 an hour for associates); *Barrera v. Gamestop Corp.*, No. CV 09-1399 (C.D. Cal. Nov. 29, 2010) ($700 an hour for partners; $475 an hour for associates); *Anderson v. Nextel Retail Stores, LLC*, No. CV 07-4480 (C.D. Cal. June 20, 2010) ($655 to $750 an hour for partners; $300 to $515 an hour for associates); *Luquetta v. Regents of Cal.*, CGC-05-443007 (San Francisco Super. Ct.) (approving 2012 partner rates between $550 and $850 per hour); and *Holloway v. Best Buy Co.*, C-05-5056-PJH (MEJ) (N.D. Cal.) (approving 2011 partner rates of $825 to $700 an hour, associate rates between $355 and $405 per hour).

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 12th day of February, 2021, at Los Angeles, California.

_____
Mark A. Ozzello

# EXHIBIT A

**FED. R. CIV. P. 37(A)(5) BILL FOR ATTORNEYS' FEES**

*TRUJILLO V. THE CHEF'S WAREHOUSE WEST COAST, LLC*, No. 2:19-cv-08370 DSF (MAAx) (C.D. Cal.)

| Lawyer | Date | Explanation | Hours | Rate | Total |
|---|---|---|---|---|---|
| Brooke Waldrop | 8/25/2020 | Draft and revise motion to compel further responses and confer with M. Ozzello. | 2 | $295.00 | $590.00 |
| Brooke Waldrop | 8/26/2020 | Draft and revise motion to compel further responses, and confer with M. Ozzello and B. Brouillette. | 0.5 | $295.00 | $147.50 |
| Brooke Waldrop | 8/27/2020 | Draft and revise motion to compel further responses. | 3 | $295.00 | $885.00 |
| Brooke Waldrop | 8/27/2020 | Review and analyze plaintiff's deposition and exhibit 1 re: motion to compel further responses. | 0.7 | $295.00 | $206.50 |
| Brooke Waldrop | 8/28/2020 | Draft and revise motion to compel. | 1.7 | $295.00 | $501.50 |
| Mark Ozzello | 8/28/2020 | Review and revise motion to compel. | 3.8 | $775.00 | $2,945.00 |
| Brandon Brouillette | 8/31/2020 | Review and revise motion to compel and supporting declaration. | 3.3 | $485.00 | $1,600.50 |
| Brooke Waldrop | 9/1/2020 | Draft and revise motion to compel further responses, and confer with M. Ozzello and B. Brouillette. | 3.1 | $295.00 | $914.50 |
| Brandon Brouillette | 9/2/2020 | Review and revise of motion to compel. | 1.2 | $485.00 | $582.00 |
| Brandon Brouillette | 9/3/2020 | Review and revise motion to compel. | 5.5 | $485.00 | $2,667.50 |
| Brooke Waldrop | 9/3/2020 | Review and revise motion to compel further responses. | 0.7 | $295.00 | $206.50 |
| Mark Ozzello | 9/3/2020 | Draft and revise motion to compel; review and analyze job descriptions of day and night workers. | 4.9 | $775.00 | $3,797.50 |
| Mark Ozzello | 9/4/2020 | Attention to obtaining declarations; Review and analyze emails regarding same. | 0.8 | $775.00 | $620.00 |
| Brooke Waldrop | 9/14/2020 | Legal research re defendant's case law cited in joint statement, and draft memorandum outlining how case law cited is distinguishable to this case. | 2.5 | $295.00 | $737.50 |
| Brooke Waldrop | 9/14/2020 | Review and revise joint stipulation re: exhibits pursuant to local rules. | 0.5 | $295.00 | $147.50 |
| Brooke Waldrop | 9/14/2020 | Communicate with opposing counsel re: filing. | 0.3 | $295.00 | $88.50 |
| Brooke Waldrop | 9/15/2020 | Review and analyze defendant's revisions to joint stipulation. | 0.2 | $295.00 | $59.00 |
| Brooke Waldrop | 9/15/2020 | Draft and revise joint stipulation and notice of motion, and confer with M. Ozzello and B. Brouillette re: meeting and conferring on hearing date. | 0.2 | $295.00 | $59.00 |
| Mark Ozzello | 9/24/2020 | Review and analyze order; communicate with team regarding same. | 0.3 | $775.00 | $232.50 |
| Brandon Brouillette | 10/19/2020 | Review and analyze court's order granting motion to compel. | 1.5 | $485.00 | $727.50 |
| Mark Ozzello | 10/27/2020 | Review and analyze notice of review from opposing counsel. | 0.3 | $775.00 | $232.50 |
| Brandon Brouillette | 10/28/2020 | Draft and revise opposition to ex parte re stay of court's order; review and analyze court's 65 page order. | 7.2 | $485.00 | $3,492.00 |
| Mark Ozzello | 10/28/2020 | Draft and revise opposition to ex-parte. | 1.3 | $775.00 | $1,007.50 |

**FED. R. CIV. P. 37(A)(5) BILL FOR ATTORNEYS' FEES**

*TRUJILLO V. THE CHEF'S WAREHOUSE WEST COAST, LLC*, No. 2:19-cv-08370 DSF (MAAx) (C.D. Cal.)

| Lawyer | Date | Explanation | Hours | Rate | Total |
|---|---|---|---|---|---|
| Mark Ozzello | 11/2/2020 | Review and analyze motion. | 0.4 | $775.00 | $310.00 |
| Mark Ozzello | 11/3/2020 | Review and analyze motion re appeal of magistrate's order; review and analyze order from court regarding hearing date. | 1.8 | $775.00 | $1,395.00 |
| Mark Ozzello | 11/6/2020 | Draft and revise opposition; conferences with J. Hakakian regarding same. | 3.5 | $775.00 | $2,712.50 |
| Brandon Brouillette | 11/9/2020 | Draft and revise opposition to objection to court's order re granting motion to compel. | 10.5 | $485.00 | $5,092.50 |
| Brandon Brouillette | 11/10/2020 | Draft and revise opposition to objection to motion to compel. | 4.5 | $485.00 | $2,182.50 |
| Brandon Brouillette | 11/17/2020 | Review and analyze defendant's reply re objection to order granting motion to compel. | 1.4 | $485.00 | $679.00 |
| Mark Ozzello | 11/30/2020 | Review and analyze Deft's reply; Review and analyze objection to RJN and declaration. | 1.6 | $775.00 | $1,240.00 |
| | | **TOTAL** | **69.2** | | **$36,059.00** |