# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TRUJILLO<br>    Plaintiff,<br><br>          v.<br><br>THE CHEFS' WAREHOUSE WEST COAST, LLC, et al.,<br>    Defendants. | CV 19-8370 DSF (MAAx)<br><br>Order DENYING Motion for Review of Magistrate Judge's Order on Attorney's Fees (Dkt. 91) |

    Defendant The Chefs' Warehouse West Coast, LLC has moved for review of the Magistrate Judge's order awarding fees under Rule 37. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for June 21, 2021 is removed from the Court's calendar.

    The Magistrate Judge's underlying order compelling discovery was appealed to this Court. This Court denied the motion for review but noted that at least one of Defendant's positions was "defensible and might have carried the day before a different judge." Dkt. 59 at 2. The Magistrate Judge nonetheless found that Defendant's opposition to the motion to compel was not substantially justified.

    A district court's reconsideration of the decision of a magistrate judge is governed by 28 U.S.C. § 636(b)(1), which provides:

> Notwithstanding any provision of law to the contrary – (A) a judge may designate a magistrate judge to hear and determine any pretrial matter pending before the court . . . . A judge of the court may reconsider any pretrial matter

> under this subparagraph (A) where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law.

"A finding is 'clearly erroneous' when although there is evidence to support it, the reviewing body on the entire evidence is left with the definite and firm conviction that a mistake has been committed." Boyd v. Bert Bell/Pete Rozelle NFL Players Retirement Plan, 410 F.3d 1173, 1178 (9th Cir. 2005).

This Court's prior statement that at least one of Defendant's positions was "defensible and might have carried the day before a different judge" was based on very limited information in the context of review of the Magistrate Judge's decision. The Magistrate Judge's order granting fees goes into great detail as to why the Magistrate Judge believed that Defendant's entire course of conduct opposing production of the materials and information at issue was not substantially justified. On review of a more detailed, complete description of Defendant's positions with regard to the materials at issue, the Court cannot say that it "is left with the definite and firm conviction that a mistake [was] committed" by the Magistrate Judge when she ordered payment of fees.

Defendant also argues that Rule 37 does not authorize granting fees associated with Plaintiff's opposition to the original motion for review of the order compelling production. The Court will not consider this argument as Defendant admits that it was not raised before the Magistrate Judge.

The motion for review of the Magistrate Judge's order is DENIED.

IT IS SO ORDERED.

Date: June 14, 2021

Dale S. Fischer
United States District Judge