UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TRUJILLO<br>　　Plaintiff,<br><br>　　　　v.<br><br>THE CHEFS' WAREHOUSE<br>WEST COAST, LLC, et al.,<br>　　Defendants. | CV 19-8370 DSF (MAAx)<br><br>Order DENYING Motion to<br>Amend Answer (Dkt. 102) |

　　Defendant The Chefs' Warehouse West Coast, LLC has moved for leave to file an amended answer. Defendant seeks to add an affirmative defense that at least a portion of Plaintiff's claims are preempted by the Federal Motor Carrier Safety Act. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15.

　　The deadline for amending pleadings was May 31, 2020. Once the district court has issued a pretrial scheduling order, "[the] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). Therefore, after the order is issued, Rule 16(b), not Rule 15(a), governs amendments to the pleadings. Coleman v. Quaker Oats Co., 232 F.3d 1271, 1294 (9th Cir. 2000).

　　Defendant's motion discusses only the more generous Rule 15 standard and fails to make any showing of good cause as required by Rule 16.

　　Nor does it appear that good cause could be shown. Defendant claims that its proposed preemption defense became relevant only

when the magistrate judge allowed discovery into night shift employees.  But Plaintiff has always asserted class claims on behalf of employees regardless of shift, and the magistrate judge's ruling on the scope of pre-certification discovery could not and did not expand the scope of Plaintiff's claims.  Further, even if the magistrate judge's ruling could have provided good cause for the amendment, Defendant has not been diligent in seeking an amendment to the scheduling order.  The magistrate judge's ruling was issued on October 19, 2020, and this Court denied review of that order on November 24, 2020.  Defendant filed its original motion for leave to amend on May 21, 2021 – which was withdrawn – and the present motion on June 1, 2021.

The motion for leave to file an amended answer is DENIED.

IT IS SO ORDERED.

Date: July 7, 2021

_____
Dale S. Fischer
United States District Judge