Mark A. Ozzello (SBN 116595)
Mark.Ozzello@capstonelawyers.com
Joseph Hakakian (SBN 323011)
Joseph.Hakakian@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:  (310) 556-4811
Facsimile:   (310) 943-0396

Attorneys for Plaintiff RICHARD TRUJILLO
[*additional attorneys listed on next page*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TRUJILLO, individually, and on behalf of other members of the general public similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act ("PAGA"),<br><br>Plaintiff,<br>vs.<br><br>THE CHEFS' WAREHOUSE WEST COAST, LLC, a Delaware limited liability company; THE CHEFS' WAREHOUSE, INC., a Delaware corporation; DEL MONTE CAPITOL MEAT COMPANY, LLC, a Delaware limited liability company; QZINA SPECIALITY FOODS, INC., a Washington corporation; and/or QZINA SPECIALTY FOODS (AMBASSADOR), INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-08370-MEMF-MAA<br><br>[Assigned to Hon. Maame Ewusi-Mensah Frimpong]<br><br>CLASS & PAGA ENFORCEMENT ACTION<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[Filed concurrently (Proposed) Order]<br><br>Complaint Filed:  July 22, 2019<br>Removal Date:    September 30, 2019 |

MICHELE J. BEILKE (SBN 194098)
mbeilke@huntonAK.com
JULIA Y. TRANKIEM (SBN 228666)
jtrankiem@huntonAK.com
**HUNTON ANDREWS KURTH LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: 213 • 532 • 2000
Facsimile: 213 • 532 • 2020

Attorneys for Defendants
THE CHEFS' WAREHOUSE WEST COAST, LLC; THE CHEFS' WAREHOUSE, INC.; DEL MONTE CAPITOL MEAT COMPANY, LLC

---

STIPULATION OF DISMISSAL WITH PREJUDICE

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Richard Trujillo ("Plaintiff") and Defendants The Chefs' Warehouse West Coast, LLC ("CWWC"); The Chefs' Warehouse, Inc. ("CW, Inc."); and Del Monte Capitol Meat Company, LLC, ("DM") ("Defendants") (collectively the "Parties") by and through their respective counsel of record, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 7-1 of the United States District Court for the Central District of California, hereby submit the following Joint Stipulation dismissing the action with prejudice:

**WHEREAS**, Plaintiff and Defendants now jointly request that the Court dismiss this action as follows:

1. With prejudice as to Plaintiff and his claims against Defendants (including under PAGA); and
2. Without prejudice as to any other putative class member or allegedly aggrieved employee.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among the Parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff voluntarily dismiss this action with prejudice as to Plaintiff and his claims, and without prejudice as to the claims of the putative class members and allegedly aggrieved employees. Each party to bear his or its own attorney's fees and costs.

Dated: April 6, 2023       Respectfully submitted,

CAPSTONE LAW APC

By: /s/ Mark A. Ozzello
Mark A. Ozzello
Joseph Hakakian

Attorneys for Plaintiff Richard Trujillo

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: April 6, 2023 | Respectfully submitted, |
| 3 | | HUNTON ANDREWS KURTH LLP |
| 4 | | By: /s/ Julia Y. Trankiem |
| 5 | | Michele J. Beilke |
| 6 | | Julia Y. Trankiem |
| 7 | | Attorneys for Defendants |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Certification of Compliance with C.D. Cal. L.R. 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4 (a)(2)(i), I, Mark A. Ozzello, hereby attest that I have obtained concurrence in the filing of this document from all other signatories to this document.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed on April 6, 2023, in Los Angeles, California.

By: /s/ Mark A. Ozzello

Mark A. Ozzello
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, CA 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396