JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TRUJILLO, individually, and on behalf of other members of the general public similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act ("PAGA"),<br><br>　　　　Plaintiff,<br>vs.<br><br>THE CHEFS' WAREHOUSE WEST COAST, LLC, a Delaware limited liability company; THE CHEFS' WAREHOUSE, INC., a Delaware corporation; DEL MONTE CAPITOL MEAT COMPANY, LLC, a Delaware limited liability company; QZINA SPECIALITY FOODS, INC., a Washington corporation; and/or QZINA SPECIALTY FOODS (AMBASSADOR), INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:19-cv-08370-MEMF (MAAx)<br><br>**ORDER GRANTING THE PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE [ECF NO. 146]** |

Pursuant to the Parties' Joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and finding good cause therein, the Court hereby **ORDERS**:

1) Plaintiff Richard Trujillo's individual claims (including PAGA) are dismissed with prejudice;
2) All putative class members' (and aggrieved employees') claims are dismissed without prejudice; and
3) Each party shall bear his or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: April 21, 2023

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge